ACCEPTED
03-15-00428-CV
7538555
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/26/2015 1:58:11 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00428-CV

IN THE COURT OF APPEALS

FOR THE THIRD JUDICIAL DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/26/2015 1:58:11 PM
JEFFREY D. KYLE
Clerk

**BERNARD MORELLO,**

*Appellant,*

V.

**STATE OF TEXAS,**

*Appellee.*

On Appeal from the 353RD Judicial District Court of Travis County, Texas

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S RESPONSE BRIEF

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General
for Civil Litigation

PRISCILLA M. HUBENAK
Chief, Environmental Protection Division

CRAIG J. PRITZLAFF
Assistant Attorney General
State Bar No. 24046658
*craig.pritzlaff@texasattorneygeneral.gov*

LINDA B. SECORD
Assistant Attorney General
State Bar No. 17973400
*linda.secord@texasattorneygeneral.gov*

Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

ATTORNEYS FOR THE
STATE OF TEXAS

**October 26, 2015**

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Pursuant to Tex. R. App. P. §§ 10.5(b) and 38.6(d), Appellee the State of Texas files this first unopposed motion to extend time, and respectfully requests a 31-day extension, until and through Monday, December 7, 2015, to file its Response Brief.

1.      The current deadline for filing Appellee's Response Brief is Friday, November 6, 2015.

2.      Appellee requests a 31-day extension, until Monday, December 7, 2015.

3.      No previous extensions have been granted for this brief.

4.      An extension until December 7, 2015, is not opposed by Appellant.

5.      This motion is requested because Assistant Attorneys General Craig Pritzlaff and Linda Secord have been and will continue to be heavily occupied in the next several weeks with hearings and briefings on a matter pending in Travis County, *State of Texas v. Chambers-Liberty Counties Navigation District et al.*, cause no. D-1-GN-15-003093, and a parallel proceeding filed in Chambers County, *Sustainable Texas Oyster Resource Management, LLC, v. Texas Parks & Wildlife Dept. et al.*, cause no CV29629. Furthermore, Mr. Pritzlaff will be out of state November 5-8,

2015.

6.     The Court has previously granted the Appellant's unopposed motion for extension to file their Appellant's Brief.

7.     Appellee files this Motion not for the purpose of delay, but so that justice may be done.

## PRAYER

For the reasons stated above, Appellee the State of Texas prays that the Court grant a 31-day extension, until Monday, December 7, 2015, to file its Response Brief.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

PRISCILLA M. HUBENAK
Chief, Environmental Protection Division

*/s/ Craig J. Pritzlaff*_____
CRAIG J. PRITZLAFF
Assistant Attorney General
State Bar No. 24046658
*Craig.Pritzlaff@texasattorneygeneral.gov*

LINDA B. SECORD
Assistant Attorney General
State Bar No. 17973400
*Linda.Secord@texasattorneygeneral.gov*

Office of the Attorney General
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
Telephone: (512) 463-2012
Fax: (512) 320-0911

ATTORNEYS FOR THE STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(a)(5), on October 21, 2015, I, Craig Pritzlaff, counsel for the Appellee, State of Texas, conferred with James Juranek, counsel for Appellant, Bernard Morello, and Mr. Juranek informed me that he is not opposed to this request for an extension of time.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by electronic service and email on the following attorneys of record on October 26, 2015.

James Juranek
Juranek Law Firm, PLLC
111 N. Ennis
Houston, Texas 77003
james@jjfirm.com

Keith W. Lapeze
Lapeze & Johns, PLLC
601 Sawyer Street, Suite 650
Houston, Texas 77007
keith@lapezejohns.com

/s/ *Craig J. Pritzlaff*
CRAIG J. PRITZLAFF